**RICHARD E. TANASI, ESQ.**
Nevada Bar No. 9699
**TANASI LAW OFFICES**
601 S. Seventh Street, 2nd Floor
Las Vegas, NV 89101
Telephone: (702) 906-2411
Facsimile: (866) 299-5274
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>THOMAS LLOYD,<br><br>          Defendants. | CASE NO.: 2:15-mj-00470-GWF<br><br>**STIPULATION AND ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the United States of America, by and through Daniel G. Bogden, United States Attorney, and NADIA AHMED, ESQ. Assistant United States Attorney, and Defendant, THOMS LLOYD, by and through his attorney, RICHARD E. TANASI of Tanasi Law Offices, that Defendant's Pretrial Release Conditions be modified to REMOVE THE SCRAM DEVICE. All other conditions shall remain in effect.  United States Pretrial Services Officer, Samira Barlow, has no opposition to this request.

**DATED** this 21st day of September 2015.

| | |
|---|---|
| **DANIEL G. BOGDEN**<br>United States Attorney<br><br> /s/ *Nadia Ahmed*<br>NADIA AHMED, ESQ<br>Assistant United States Attorney | **TANASI LAW OFFICES**<br><br><br> /s/ *Richard E. Tanasi*<br>RICHARD E. TANASI, ESQ<br>Counsel for Defendant |

- 1-

**RICHARD E. TANASI, ESQ.**
Nevada Bar No. 9699
**TANASI LAW OFFICES**
601 S. Seventh Street, 2nd Floor
Las Vegas, NV 89101
Telephone: (702) 906-2411
Facsimile: (866) 299-5274
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS LLOYD,<br><br>Defendants. | CASE NO.: 2:15-mj-00470-GWF<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. Defendant's Pretrial Release Conditions shall be modified to REMOVE THE SCRAM DEVICE. All other conditions shall remain in effect.

### ORDER

**IT IS HEREBY ORDERED** that Defendant's Pretrial Release Conditions shall be modified to REMOVE THE SCRAM DEVICE. All other conditions shall remain in effect.

**DATED** this 21st day of September, 2015.

_____
**UNITED STATES MAGISTRATE JUDGE**