**RICHARD E. TANASI, ESQ.**
Nevada Bar No. 9699
**TANASI LAW OFFICES**
601 S. Seventh Street, 2nd Floor
Las Vegas, NV 89101
Telephone: (702) 906-2411
Facsimile: (866) 299-5274
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:15-mj-00470-GWF USA v. Lloyd |
| Plaintiff, | |
| vs. | **SECOND STIPULATION AND ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS** |
| THOMAS LLOYD, | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the United States of America, by and through Daniel G. Bogden, United States Attorney, and NADIA AHMED, ESQ. Assistant United States Attorney, and Defendant, THOMS LLOYD, by and through his attorney, RICHARD E. TANASI of Tanasi Law Offices, that Defendant's Pretrial Release Conditions be modified to REMOVE THE SCRAM DEVICE. Further, the defendant shall no longer be restricted from the use of alcohol as previously restricted in items 41 and 44 of the Bond in this case (Doc 6). However, the defendant shall refrain from the excessive use of alcohol. All other conditions shall remain in effect. United States Pretrial Services Officer,

/ / / /

/ / / /

/ / / /

1  Samira Barlow, has no opposition to this request.

3  **DATED** this 21st day of September 2015.

6  **DANIEL G. BOGDEN**               **TANASI LAW OFFICES**
United States Attorney

8  */s/ Nadia Ahmed*                              */s/ Richard E. Tanasi*
NADIA AHMED, ESQ                         RICHARD E. TANASI, ESQ
Assistant United States Attorney         Counsel for Defendant

11 ////
12 ////
13 ////
14 ////
15 ////
16 ////
17 ////
18 ////
19 ////
20 ////
21 ////
22 ////
23 ////
24 ////
25 ////
26 ////
27 ////
28 ////

TANASI LAW OFFICES
601 S. Seventh Street, 2nd Floor
Las Vegas, Nevada 89101
702-906-2411 • Fax 866-299-5274

TANASI LAW OFFICES
601 S. Seventh Street, 2nd Floor
Las Vegas, Nevada 89101
702-906-2411 • Fax 866-299-5274

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>vs.<br>THOMAS LLOYD,<br>  Defendants. | CASE NO.: 2:15-mj-00470-GWF USA v. Lloyd<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. Defendant's Pretrial Release Conditions shall be modified to REMOVE THE SCRAM DEVICE. All other conditions shall remain in effect.
2. Further, the defendant shall no longer be restricted from the use of alcohol as previously restricted in items 41 and 44 of the Bond in this case (Doc 6). However, the defendant shall refrain from the excessive use of alcohol.

**ORDER**

**IT IS HEREBY ORDERED** that Defendant's Pretrial Release Conditions shall be modified to REMOVE THE SCRAM DEVICE. Further, the defendant shall no longer be restricted from the use of alcohol as previously restricted in items 41 and 44 of the Bond in this case (Doc 6). However, the defendant shall refrain from the excessive use of alcohol. All other conditions shall remain in effect.

**DATED** this 1st day of October, 2015.

_____
UNITED STATES MAGISTRATE JUDGE