**RICHARD E. TANASI, ESQ.**
Nevada Bar No. 9699
**TANASI LAW OFFICES**
601 S. Seventh Street, 2nd Floor
Las Vegas, NV 89101
Telephone: (702) 906-2411
Facsimile: (866) 299-5274
*Attorney for Defendant*

**T ANASI L AW O FFICES**
601 S. Seventh Street, 2nd Floor
Las Vegas, Nevada 89101
702-906-2411 • Fax 866-299-5274

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

THOMAS LLOYD,

                Defendants.

CASE NO.: 2:15-mj-00470-GWF USA v. Lloyd

**STIPULATION AND ORDER TO CONTINUE SENTENCING [FIRST REQUEST]**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the United States of America, by and through Daniel G. Bogden, United States Attorney, and NADIA AHMED, ESQ Assistant United States Attorney, and Defendant, THOMAS LLOYD, by and through his attorney, RICHARD E. TANASI of Tanasi Law Offices, that the Sentencing Hearing in the above-captioned matter, now scheduled for December 14, 2015, at the hour of 9:30 a.m., be vacated and continued to a date and time convenient to the Court after December 14, 2015 at 9:30 a.m. The parties agree to request a new setting on the Court's next duty week, or to a date and time convenient for the Court.

      This is the first request for a continuance.

      Pursuant to General Order No. 2007-04, this Stipulation is entered into for the following reasons:

      1.      Defense counsel has a personal scheduling conflict with the current setting. Defendant is out of custody and consents to this request.

2. Denial of this request for continuance could result in a miscarriage of justice.

3 For all of the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing hearing.

4. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. Section 3161(h)(8)(A), considering the factors under 18 U.S.C. Sections 3161(h)(8)(B)(i) and (iv).

**DANIEL G. BOGDEN**
United States Attorney

   _/s/ Nadia Ahmed_
NADIA AHMED, ESQ
Assistant United States Attorney

**TANASI LAW OFFICES**

   _/s/ Richard E. Tanasi_
RICHARD E. TANASI, ESQ
Counsel for Defendant

**TANASI LAW OFFICES**
601 S. Seventh Street, 2nd Floor
Las Vegas, Nevada 89101
702-906-2411 • Fax 866-299-5274

**RICHARD E. TANASI, ESQ.**
Nevada Bar No. 9699
**TANASI LAW OFFICES**
601 S. Seventh Street, 2nd Floor
Las Vegas, NV 89101
Telephone: (702) 906-2411
Facsimile: (866) 299-5274
***Attorney for Defendant***

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:2:15-mj-00470-GWF USA v. Lloyd |
| Plaintiff, | |
| vs. | **FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |
| THOMAS LLOYD, | (First Request) |
| Defendants. | |

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

1.      Defense counsel has a personal scheduling conflict with the current setting. Defendant is out of custody and consents to this request.

2.   This Court, being convinced that adequate showing has been made that this request for advance of the hearing to be denied, counsel would not have the necessary time to effectively prepare for trial, taking into account the exercise of due diligence, and a miscarriage of justice could result, based on the following:

Additionally, denial of this request for continuance could result in a miscarriage of justice.

A.   For all of the above-stated reasons, the ends of justice would best be served by continuing the continued sentencing in this matter.

B.   The time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C.

- 3-

**TANASI LAW OFFICES**
601 S. Seventh Street, 2nd Floor
Las Vegas, Nevada 89101
702-906-2411 • Fax 866-299-5274

Section 3161(h)(8)(A), considering the factors under 18 U.S.C. Sections 3161(h)(8)(B)(i) and (iv).

**<u>ORDER</u>**

**IT IS HEREBY ORDERED** that the continued sentencing currently scheduled for December 14, 2015, at the hour of 9:30 p.m., is hereby advanced to Monday, December 28, 2015 at 9:30 a.m.

**DATED** this 8th day of December, 2015.

_____
**UNITED STATES MAGISTRATE JUDGE**

TANASI LAW OFFICES
601 S. Seventh Street, 2nd Floor
Las Vegas, Nevada 89101
702-906-2411 • Fax 866-299-5274

- 4-